UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2019 MAR 21  PM 4: 12

CLERK
BY
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. |
| ) | |
| SIR MICHAEL JAMES, a.k.a. "Corey," ) | 5:19-cr-48-1-2-3 |
| ▬▬▬▬▬▬▬▬▬▬ ) | |
| STEPHANY GUERRERO-RODRIGUEZ ) | |
| Defendants ) | |

2019 APR -1  AM 10: 04
BY
DEPUTY CLERK
U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

In or about February 2019, in the District of Vermont, the defendants, SIR MICHAEL JAMES, a.k.a. "Corey," ▬▬▬▬▬▬▬▬▬▬ STEPHANY GUERRERO-RODRIGUEZ, knowingly and willfully conspired together and with others, known and unknown to the grand jury, to distribute heroin, a schedule I controlled substance, cocaine base, a schedule II controlled substance, and cocaine, a schedule II controlled substance.

With respect to SIR MICHAEL JAMES, a.k.a. "Corey," and STEPHANY GUERRERO-RODRIGUEZ, their conduct as members of the conspiracy, including the reasonably foreseeable conduct of other members of the conspiracy, involved 28 grams or more of a mixture and substance containing a detectable amount of cocaine base.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 841(b)(1)(C), 846)

## COUNT TWO

On or about February 22, 2019, in the District of Vermont, the defendant, SIR MICHAEL JAMES, a.k.a. "Corey," knowingly and intentionally possessed with the intent to distribute heroin, a schedule I controlled substance, 28 grams or more of cocaine base, a schedule II controlled substance, and cocaine, a schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(B); 18 U.S.C. § 2)

## COUNT THREE

On or about February 22, 2019, in the District of Vermont, the defendant ▮▮▮▮▮ ▮▮▮▮▮ knowingly and intentionally possessed with the intent to distribute heroin, a schedule I controlled substance, 28 grams or more of cocaine base, a schedule II controlled substance, and cocaine, a schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(B); 18 U.S.C. § 2)

A TRUE BILL

▮▮▮▮▮▮▮▮▮▮▮▮▮

FOREPERSON

*Christina E. Nolan* (by JJB)

CHRISTINA E. NOLAN
United States Attorney
Burlington, Vermont
March 21, 2019